JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICK RAMOS,<br><br>　　　　　Petitioner,<br><br>　　vs.<br><br>A. HEDGPETH, Warden,<br><br>　　　　　Respondent. | Case No. EDCV 08-4780-JVS (DTB)<br><br>**J U D G M E N T** |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: October 21, 2010

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

1